IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JOYCE CASHION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   1:06CV00014TCM |
| | ) | |
| vs. | ) | |
| | ) | |
| BIG LOTS, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION
Granted ✓
Denied
Overruled
Date 9/11/06

## JOINT MOTION TO AMEND SCHEDULING AND DISCOVERY ORDER

COME NOW Plaintiff and Defendant, by and through their counsel, and hereby move this Court to Order certain Amendments to the Schedule of this matter previously approved by the Court on May 19, 2006:

1. That the deadline ~~to request for physical or mental~~ examinations of parties pursuant to Rule 35, Fed.R.Civ.P. be postponed ~~from September 8, 2006 to November 8, 2006~~.

2. That the dead~~line to conduct any exam pursuant to Rule 35, Fed.R.Civ.P.,~~ of the parties be postponed ~~from October 30, 2006 to December 30, 2006~~.

3. That the deadline for lead counsel to notify the clerk of the agreed choice of neutral selected by the parties and the date, time and location of the initial ADR Conference be postponed from August 1, 2006 to October 2, 2006.

4. That the dead~~line for the referral of this case to alternative dispute resolution be~~ postp~~oned from September 1, 2006 to October 2, 2006~~.

5. That the deadline for the term~~ination of the referral~~ of this case to alternative dispute resolution be postponed ~~from November 1, 2006 to January 1, 2007~~.

WHEREFORE, Plaintiff and Defendant pray this Court Order these proposed amendments to the Discovery Schedule in this matter.

/s/_____
Scott L. Kolker # 57484
Kolker & Germeroth, LLC
7730 Carondelet, Suite 310
Clayton, Missouri 63105
(314) 727-4529
(314) 727-8529 (fax)

/s/_____
Joseph R. Swift, #4512
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 (fax)
jswift@bjpc.com

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 11-2.11, Joseph R. Swift and BROWN & JAMES, P.C., attorneys for Defendant, hereby attest to the existence of a paper copy of Plaintiff's and Defendant's Joint Motion to Amend Scheduling and Discovery Order bearing the original signatures of Scott Kolker and Joseph R. Swift.

I hereby certify that on September 8, 2006, the foregoing was filed electronically with the Clerk of the Court to be served upon the following: Mr. Scott Kolker, Kolker & Germeroth, Attorneys for Plaintiff, 7730 Carondelet, Ste. 310, Clayton, Missouri 63105.

/s/ Joseph R. Swift_____

7997734